1  Nathan A. Searles (SBN 234315)
2  NASearles@portfoliorecovery.com
   PRA Group
3  130 Corporate Boulevard
4  Norfolk, VA  23502
   (757) 519-9300, Ext 13206
5  (757) 321-2518 (fax)
6
   Attorney for Defendant
7  Portfolio Recovery Associates, LLC

8
# IN THE UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10

11

12 | ROBERT KERNS,                      Case No. _____

13 |         Plaintiff,

14 |    v.                              **NOTICE OF REMOVAL**

15 |
   | PORTFOLIO RECOVERY
16 | ASSOCIATES, LLC,

17 |         Defendant.
18

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Portfolio Recovery Associates, LLC ("PRA") hereby removes the subject action from the Superior Court of California, County of Los Angeles, to the United States District Court for the Central District of California, on the following grounds:

1. Plaintiff ROBERT KERNS instituted an action in the Superior Court of California, County of Los Angeles, on January 4, 2017. Copies of Plaintiff's Summons and Complaint are attached hereto as **Exhibits A and B.** Defendant was served on January 18, 2017. A copy of the Proof of Service is attached hereto as **Exhibit C**.

2. The state action is scheduled for a jury trial on July 5, 2018. A copy of the Los Angeles Superior Court civil docket is attached hereto as **Exhibit D**.

3. Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15. U.S.C. §1692, et al ("FDCPA"). See Plaintiff's Complaint, page 4 and page 5.

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA, which thus supplies this federal question.

5. Pursuant to 28 U.S.C. §1441, *et seq.*, this cause may be removed from the Superior Court of California, County of Los Angeles, to the United States District Court for the Central District of California.

6. Notice of this removal will promptly be filed with the Superior Court of California, County of Los Angeles, and served on all adverse parties.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC, by counsel, removes the subject action from the Superior Court of California, County of Los Angeles, to the United States District Court for the Central District of California.

///

///

| | | |
|---|---|---|
| 1 | Dated: February 10, 2017 | Respectfully submitted, |
| 2 | | PORTFOLIO RECOVERY ASSOCIATES, LLC |
| 4 | | */s/ Nathan A. Searles* |
| 5 | | Nathan A. Searles (SBN 234315)<br>NASearles@portfoliorecovery.com |
| 6 | | PRA Group |
| 7 | | 130 Corporate Boulevard<br>Norfolk, VA  23502 |
| 8 | | (757) 519-9300, Ext 13206 |
| 9 | | (757) 321-2518 (fax) |
| 10 | | Attorney for Defendant<br>Portfolio Recovery Associates, LLC |

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 130 Corporate Boulevard, Norfolk, Virginia 23502.

On February 10, 2017, I served true copies of the following document(s), with all exhibits and attachments (if any):

**Notice of Removal**

☒ Via First Class Mail to:

Robert Kerns
8334 Quartz Avenue
Winnetka CA 91306

I am readily familiar with the company's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 10, 2017, at Norfolk, Virginia.

*Sonia Gomez*
Sonia Gomez, Paralegal
PRA Group