PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ROBERT KERNS<br>8334 QUARTZ AVENUE<br>WINNETKA, CA 91306<br>TELEPHONE NO: (442) 284-5421    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): bobkerns1@aol.com<br>ATTORNEY FOR (Name): In Pro Per | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court Of California<br>County Of Los Angeles<br><br>JAN 04 2017<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Charlie L. Coleman, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: ROBERT KERNS

DEFENDANT: PORTFOLIO RECOVERY ASSOCIATES, LLC

[✓] DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE    [ ] OTHER (specify):
[ ] Property Damage    [ ] Wrongful Death
[✓] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
BC 645605

1. **Plaintiff** (name or names): ROBERT KERNS
   alleges causes of action against **defendant** (name or names):
   PORTFOLIO RECOVERY ASSOCIATES, LLC
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [✓] except plaintiff (name): PORTFOLIO RECOVERY ASSOCIATES, LLC (hereinafter "PRA")
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [✓] other (specify): A Foreign Limited Liability Company
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Exhibit B

PLD-PI-001

| SHORT TITLE: KERNS vs. PORTFOLIO RECOVERY ASSOCIATES, LLC | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name)*: PRA
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☑ other *(specify)*:
         A Foreign Limited Liability Company

   b. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers)*: _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers)*: _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

Exhibit B

| SHORT TITLE: KERNS vs. PORTFOLIO RECOVERY ASSOCIATES, LLC | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☑ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☑ Other *(specify)*:

    Exemplary Damages.

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify)*:

    h. Emotional distress.
    i. Damage to financial reputation, i.e. credit worthiness.
    j. Defamation of character.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☑ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: January 4, 2017

ROBERT KERNS
(TYPE OR PRINT NAME)

▶ *Robert Kerns*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Exhibit B

PLD-PI-001(3)

| SHORT TITLE: KERNS vs. PORTFOLIO RECOVERY ASSOCIATES, LLC | CASE NUMBER |
|---|---|

FIRST _____ CAUSE OF ACTION—Intentional Tort        Page ___4___
(number)

ATTACHMENT TO   ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: ROBERT KERNS

alleges that defendant *(name)*: PORTFOLIO RECOVERY ASSOCIATES, LLC

☑ Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: January 2, 2017
at *(place)*: Los Angeles, California

*(description of reasons for liability)*:

Defendant intentionally, knowingly and in violation of numerous State and federal statutes, failed to report accurate information to at least three major credit reporting bureaus (Experian, TransUnion and Equifax); failed to flag such information as "disputed" in said major credit reporting bureaus once disputed by Plaintiff pending investigation; failed to properly investigate Plaintiff's dispute as required by law; failed to properly validate Plaintiff's alleged debt by providing proof of the underlying debt, that debt belonged to Plaintiff and that debt was purchased by Defendant, and; re-reported said inaccurate information regarding alleged debt to said credit reporting bureaus.

As a collection agent, Defendant either knows, or should know, all pertinent federal laws under the Fair Debt Collection Practices Act (15 U.S.C. Section 1692, et seq.) and California's parallel Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code Sections 1788-1788.3), which permits Plaintiff to recover actual and punitive damages thereunder in cases of grossly negligent or willful violations as those alleged (Cal. Civ. Code Section 1786.50(b)).

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION–Intentional Tort

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Exhibit B

PLD-PI-001(6)

| SHORT TITLE: KERNS vs. PORTFOLIO RECOVERY ASSOCIATES, LLC | CASE NUMBER: |
|---|---|

**Exemplary Damages Attachment**   Page 5

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

EX-1. As additional damages against defendant (name):
PORTFOLIO RECOVERY ASSOCIATES, LLC

Plaintiff alleges defendant was guilty of
[✓] malice
[✓] fraud
[✓] oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

Defendant intentionally, knowingly and in violation of numerous State and federal statutes, failed to report accurate information to at least three major credit reporting bureaus (Experian, TransUnion and Equifax); failed to flag such information as "disputed" in said major credit reporting bureaus once disputed by Plaintiff pending investigation; failed to properly investigate Plaintiff's dispute as required by law; failed to properly validate Plaintiff's alleged debt by providing proof of the underlying debt, that debt belonged to Plaintiff and that debt was purchased by Defendant, and; re-reported said inaccurate information regarding alleged debt to said credit reporting bureaus.

As a collection agent, Defendant either knows, or should know, all pertinent federal laws under the Fair Debt Collection Practices Act (15 U.S.C. Section 1692, et seq.) and California's parallel Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code Sections 1788-1788.3), which permits Plaintiff to recover actual and punitive damages thereunder in cases of grossly negligent or willful violations as those alleged (Cal. Civ. Code Section 1786.50(b)).

Defendant is guilty of malice under Civil Code section 3294 because it has exhibited a conscious disregard of the aforementioned State and federal collection laws with the actual intention of damaging Plaintiff in the manner alleged in the instant Complaint in order that it be paid money. Further Defendant's conduct constitutes fraud because Defendant makes intentional misrepresentations to said credit reporting bureaus and conceals facts otherwise know to Defendant. Moreover, Defendant's conduct constitutes despicable conduct that has subjected Plaintiff to cruel and unjust hardship in conscious disregard Plaintiff's rights.

EX-3. The amount of exemplary damages sought is
a. [✓] not shown, pursuant to Code of Civil Procedure section 425.10.
b. [ ] $

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, §.425.12
www.courtinfo.ca.gov

Exhibit B