THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search



| Home | Online Services<br>Pay Fines, Search Records... | Forms & Filings<br>Forms, Filing Fees... | Self-Help<br>Self-Rep, Info, FAQs... | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA, Local Rules... |

ONLINE SERVICES

# Case Summary

## CASE SUMMARY

PRINT   NEW SEARCH

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Case Number:  BC645605
ROBERT KERNS VS PORTFOLIO RECOVERY ASSOCIATES LLC

Filing Date:  01/04/2017
Case Type:  Other PI/PD/WD (General Jurisdiction)
Status:  Pending

**Future Hearings**

**01/06/2020** at 08:30 am in department 98 at 111 North Hill Street, Los Angeles, CA 90012
OSC RE Dismissal

**06/20/2018** at 10:00 am in department 98 at 111 North Hill Street, Los Angeles, CA 90012
Final Status Conference

**07/05/2018** at 08:30 am in department 98 at 111 North Hill Street, Los Angeles, CA 90012
Jury Trial

Documents Filed  |  Proceeding Information

**Parties**

DOES 1 TO 10 - Defendant/Respondent

KERNS ROBERT - Plaintiff & Plaintiff In Pro Per

PORTFOLIO RECOVERY ASSOCIATES LLC - Defendant/Respondent

Case Information  |  Party Information  |  Proceeding Information

**Documents Filed** (Filing dates listed in descending order)
**01/26/2017** Proof-Service/Summons
Filed by Plaintiff/Petitioner

**01/04/2017** Complaint

Case Information  |  Party Information  |  Documents Filed

Exhibit D

**Proceedings Held** (Proceeding dates listed in descending order)
None

Case Information | Party Information | Documents Filed | Proceeding Information

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms



"Little Chicks" by Kevin Sy
2006 1st Place Youth



Exhibit D